# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Ted McClain | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:18-CV-197 |
| Cavalry SPV I, LLC, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Judgment in favor of Defendants and against Plaintiff

.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  THomas M. Rose _____ on a motion for
Summary Judgment

Date:  9/17/19 _____

CLERK OF COURT

*Kaylin Atkinson*

*Signature of Clerk or Deputy*